Case 6:22-cr-00006-BMM Document 2 Filed 05/04/22

FILED
5/4/2022
Clerk, U.S. District Court
District of Montana
Great Falls Division

PAULETTE L. STEWART
Assistant U.S. Attorney
U.S. Attorney's Office
901 Front Street, Suite 1100
Helena, Montana 59626
Phone: (406) 457-5120
FAX: (406) 457-5130
Email: paulette.stewart@usdoj.gov

ATTORNEY FOR PLAINTIFF
UNITED STATES OF AMERICA

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
HELENA DIVISION

| UNITED STATES OF AMERICA, Plaintiff, vs. ALAN ELIOT ST. GERMAINE, Defendant. | CR 22- 06  H-BMM<br><br>INDICTMENT<br><br>PROHIBITED PERSON IN POSSESSION OF A FIREARM AND AMMUNITION<br>Title 18 U.S.C. § 922(g)(1)<br>(Penalty: Ten years of imprisonment, $250,000 fine and three years of supervised release) |
|---|---|

THE GRAND JURY CHARGES:

That on or about and during the Summer of 2020, at Helena and in Lewis and Clark County, in the State and District of Montana, the defendant, ALAN ELIOT ST. GERMAINE, knowing he had been convicted on or about July 12, 2018, of a crime punishable by imprisonment for a term exceeding one year under the laws of

1

the State of Montana, knowingly possessed, in and affecting interstate commerce, a firearm, in violation of 18 U.S.C. § 922(g)(1).

A TRUE BILL.

Foreperson signature redacted.  Original document filed under seal.

LEIF M. JOHNSON
United States Attorney

JOSEPH E. THAGGARD
Criminal Chief Assistant U.S. Attorney